JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEWEL FREDRICK STEWART,<br><br>                Petitioner,<br><br>      v.<br><br>MARTEL, Warden,<br><br>                Respondent. | Case No. CV 09-2236-AHM (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 12, 2010

                              HONORABLE A. HOWARD MATZ
                              United States District Judge

**JS-6**

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge